# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Glosson

V.

Morales, Et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv0707 BEN(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court adopts the report and recommendation in full. Accordingly, Defendants are entitled to summary judgment..........................................................................................................

| January 9, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

J. Hathaway
(By) Deputy Clerk

ENTERED ON January 9, 2007

05cv0707 BEN(CAB)